THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABRAHAM KAFKA, Appellant.

*Crimes — endangering morals of child — conviction affirmed.*

*People* v. *Kafka*, 194 App. Div. 973, affirmed.

(Argued May 2, 1921; decided May 31, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 17, 1920, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of endangering the health and morals of a child in violation of subdivision 2 of section 483 of the Penal Law.

*Joseph Goldstein* for appellant.

*Harry E. Lewis, District Attorney (Ralph E Hemstreet* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.